FILE COPY

No. 07-15-00113-CV

| | | |
|---|---|---|
| Mohammed Fawwaz Shoukfeh, M.D., P.A., d/b/a Texas Cardiac Center<br>　Appellant | § | From the 99th District Court<br>　of Lubbock County |
| | § | |
| | | May 1, 2015 |
| v. | § | |
| | | Opinion Per Curiam |
| James G. Grattan and Texas Workforce Commission<br>　Appellees | § | |

## **J U D G M E N T**

Pursuant to the opinion of the Court dated May 1, 2015, it is ordered, adjudged and decreed that this appeal be dismissed.

It is further ordered that appellant pay all costs in this behalf expended for which let execution issue.

It is further ordered that this decision be certified below for observance.

o O o